FILED
Sep 22 2020
4:54 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ vanessac   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>DONALD WRAY BRADLEY (1),<br>  aka "The Magician,"<br>  aka "Don Don,"<br>MARIA GUADALUPE URIBE (2),<br><br>               Defendants. | Case No. '20 CR2943 DMS<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., 371 – Conspiracy; Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) – Bringing in Aliens for Financial Gain; Title 8, U.S.C., Sec. 1324(a)(1)(A)(iii), (v)(II), and (B)(i) – Harboring Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 8, U.S.C., Sec. 1324(b), Title 18, U.S.C., Secs. 982(a)(6), and 982(b), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

Count 1

Conspiracy

[18 U.S.C. § 371]

1. Beginning on a date unknown to the grand jury and continuing up to and including July 19, 2018, within the Southern District of California, and elsewhere, defendants DONALD WRAY BRADLEY, aka "The Magician," aka "Don Don," (hereinafter "BRADLEY") and MARIA GUADALUPE URIBE (hereinafter "URIBE"), with the intent to violate the laws of the

JJO:nlv:San Diego:9/21/20

United States, did knowingly and intentionally conspire with each other and other persons known and unknown to the grand jury to commit offenses against the United States as set forth below:

    a.    Transportation of Aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii);

    b.    Harboring Aliens, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), (v)(II) and (B)(i); and,

    c.    Bringing in Aliens for Financial Gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

<u>MANNER AND MEANS OF CONSPIRACY</u>

2.  In furtherance of this conspiracy and to effect the objects thereof, defendants BRADLEY and URIBE, and their co-conspirators utilized the following manner and means, among others:

    a.    Defendants BRADLEY and URIBE were involved in a transnational criminal organization (hereinafter "the TCO") to bring illegal aliens from China into the United States by way of Mexico.

    b.    Defendant BRADLEY served as a driver for the TCO and coordinated with co-conspirators to transport Chinese aliens from Mexico into the United States by concealing the aliens inside his plumbing van.

    c.    Defendant BRADLEY smuggled the Chinese aliens from Mexico for the purpose of commercial advantage or private financial gain of himself and other persons.

    d.    Defendant BRADLEY transported the proceeds of alien smuggling from the United States to Mexico to deliver to co-conspirators working for the TCO.

    e.    Defendant URIBE harbored and concealed the smuggled Chinese aliens for the TCO and for the purpose of commercial advantage or private financial gain of herself and other persons.

OVERT ACTS

3. In furtherance of said conspiracy, and to affect the objects thereof, the following overt acts, among others, were committed within the Southern District of California, and elsewhere:

    a. On or about April 9, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens from Mexico into the United States through the San Ysidro, California, Port of Entry, and concealed said persons inside the van without presenting them to immigration officials for the purpose of commercial advantage or private financial gain.

    b. On or about April 9, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens whom he smuggled across the border and delivered said persons to defendant URIBE at 3260 Coral Gate Lane in San Ysidro, California.

    c. On or about April 9, 2018, defendant URIBE harbored two Chinese aliens whom were smuggled by defendant BRADLEY at her residence at 3260 Coral Gate Lane in San Ysidro, California for the purpose of commercial advantage or private financial gain.

    d. On or about April 13, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens from Mexico into the United States through the San Ysidro, California, Port of Entry, and concealed said persons inside the van without presenting them to immigration officials for the purpose of commercial advantage or private financial gain.

    e. On or about April 13, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens whom he smuggled across the border and delivered said persons to defendant URIBE at 3260 Coral Gate Lane in San Ysidro, California.

    f. On or about April 13, 2018, defendant URIBE harbored two Chinese aliens whom were smuggled by defendant BRADLEY at her residence

at 3260 Coral Gate Lane in San Ysidro, California for the purpose of commercial advantage or private financial gain.

g. On or about May 8, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens from Mexico into the United States through the San Ysidro, California, Port of Entry, and concealed said persons inside the van without presenting them to immigration officials for the purpose of commercial advantage or private financial gain.

h. On or about May 8, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens whom he smuggled across the border and delivered said persons to defendant URIBE at 3260 Coral Gate Lane in San Ysidro, California.

i. On or about May 8, 2018, defendant URIBE harbored two Chinese aliens whom were smuggled by defendant BRADLEY at her residence at 3260 Coral Gate Lane in San Ysidro, California for the purpose of commercial advantage or private financial gain.

j. On or about May 10, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens from Mexico into the United States through the San Ysidro, California, Port of Entry, and concealed said persons inside the van without presenting them to immigration officials for the purpose of commercial advantage or private financial gain.

k. On or about May 10, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens whom he smuggled across the border and delivered said persons to defendant URIBE at 3260 Coral Gate Lane in San Ysidro, California.

l. On or about May 10, 2018, defendant URIBE harbored two Chinese aliens whom were smuggled by defendant BRADLEY at her residence at 3260 Coral Gate Lane in San Ysidro, California for the purpose of commercial advantage or private financial gain.

m.  On or about May 11, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens from Mexico into the United States through the San Ysidro, California, Port of Entry, and concealed said persons inside the van without presenting them to immigration officials for the purpose of commercial advantage or private financial gain.

n.  On or about May 11, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens whom he smuggled across the border and delivered said persons to defendant URIBE at 3260 Coral Gate Lane in San Ysidro, California.

o.  On or about May 11, 2018, defendant URIBE harbored two Chinese aliens whom were smuggled by defendant BRADLEY at her residence at 3260 Coral Gate Lane in San Ysidro, California for the purpose of commercial advantage or private financial gain.

p.  On or about May 13, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens from Mexico into the United States through the San Ysidro, California, Port of Entry, and concealed said persons inside the van without presenting them to immigration officials for the purpose of commercial advantage or private financial gain.

q.  On or about May 13, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens whom he smuggled across the border and delivered said persons to defendant URIBE at 3260 Coral Gate Lane in San Ysidro, California.

r.  On or about May 13, 2018, defendant URIBE harbored two Chinese aliens whom were smuggled by defendant BRADLEY at her residence at 3260 Coral Gate Lane in San Ysidro, California for the purpose of commercial advantage or private financial gain.

s.  On or about May 28, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens from Mexico into the United States

through the San Ysidro, California, Port of Entry, and concealed said persons inside the van without presenting them to immigration officials for the purpose of commercial advantage or private financial gain.

t. On or about May 28, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens whom he smuggled across the border and delivered said persons to defendant URIBE at 3260 Coral Gate Lane in San Ysidro, California.

u. On or about May 28, 2018, defendant URIBE harbored two Chinese aliens whom were smuggled by defendant BRADLEY at her residence at 3260 Coral Gate Lane in San Ysidro, California for the purpose of commercial advantage or private financial gain.

v. On or about June 4, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens from Mexico into the United States through the San Ysidro, California, Port of Entry, and concealed said persons inside the van without presenting them to immigration officials for the purpose of commercial advantage or private financial gain.

w. On or about June 4, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens whom he smuggled across the border and delivered said persons to defendant URIBE at 3260 Coral Gate Lane in San Ysidro, California.

x. On or about June 4, 2018, defendant URIBE harbored two Chinese aliens whom were smuggled by defendant BRADLEY at her residence at 3260 Coral Gate Lane in San Ysidro, California for the purpose of commercial advantage or private financial gain.

y. On or about July 15, 2018, defendant BRADLEY drove a plumbing van with Chinese aliens from Mexico into the United States through the San Ysidro, California, Port of Entry, and concealed said aliens inside the van without presenting them to immigration officials for the purpose of commercial advantage or private financial gain.

1    z.    On or about July 15, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens whom he smuggled across the border and delivered said aliens to defendant URIBE at 3260 Coral Gate Lane in San Ysidro, California.

aa.   On or about July 15, 2018, defendant URIBE harbored two Chinese aliens whom were smuggled by defendant BRADLEY at her residence at 3260 Coral Gate Lane in San Ysidro, California for the purpose of commercial advantage or private financial gain.

bb.   On or about July 19, 2018, defendant BRADLEY drove a plumbing van with two Chinese aliens from Mexico into the United States through the San Ysidro, California, Port of Entry, and concealed said aliens inside the van without presenting them to immigration officials for the purpose of commercial advantage or private financial gain.
All in violation of Title 18, United States Code, Section 371.

## Count 2

Bringing in Aliens for Financial Gain

[8 U.S.C. § 1324(a)(2)(B)(ii)]

4.   The allegations set forth in paragraphs 2 and 3 above are realleged and incorporated by reference as if fully set forth herein.

5.   On or about July 15, 2018, within the Southern District of California, defendant DONALD WRAY BRADLEY, aka "The Magician," aka "Don Don," with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Xiaojiah Li, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

## Count 3

### Bringing in Aliens for Financial Gain

[8 U.S.C. § 1324(a)(2)(B)(ii)]

6. The allegations set forth in paragraphs 2 and 3 above are realleged and incorporated by reference as if fully set forth herein.

7. On or about July 15, 2018, within the Southern District of California, defendant DONALD WRAY BRADLEY, aka "The Magician," aka "Don Don," with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Xiaoshu Sun, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 4

### Harboring Aliens for Financial Gain

[8 U.S.C. § 1324(a)(1)(A)(iii), (v)(II), and (B)(i)]

8. The allegations set forth in paragraphs 2 and 3 above are realleged and incorporated by reference as if fully set forth herein.

9. On or about July 15, 2018, within the Southern District of California, defendant MARIA GUADALUPE URIBE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Xiaojiah Li, had come to, entered and remained in the United States in violation of law, harbored, concealed, and shielded from detection Xiaojiah Li, in a building, place, and means of transportation, for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii), (v)(II), and (B)(i).

Count 5

Harboring Aliens for Financial Gain

[8 U.S.C. §§ 1324(a)(1)(A)(iii), (v)(II), and (B)(i)]

10. The allegations set forth in paragraphs 2 and 3 above are realleged and incorporated by reference as if fully set forth herein.

11. On or about July 15, 2018, within the Southern District of California, defendant MARIA GUADALUPE URIBE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Xiaoshu Sun, had come to, entered and remained in the United States in violation of law, harbored, concealed, and shielded from detection Xiaoshu Sun, in a building, place, and means of transportation, for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii), (v)(II), and (B)(i).

Count 6

Bringing in Aliens for Financial Gain

[8 U.S.C. § 1324(a)(2)(B)(ii)]

12. The allegations set forth in paragraphs 2 and 3 above are realleged and incorporated by reference as if fully set forth herein.

13. On or about July 19, 2018, within the Southern District of California, defendant DONALD WRAY BRADLEY, aka "The Magician," aka "Don Don," with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Lingying Wei, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 7

Bringing in Aliens for Financial Gain

[8 U.S.C. § 1324(a)(2)(B)(ii)]

14. The allegations set forth in paragraphs 2 and 3 above are realleged and incorporated by reference as if fully set forth herein.

15. On or about July 19, 2018, within the Southern District of California, defendant DONALD WRAY BRADLEY, aka "The Magician," aka "Don Don," with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Guifeng Huang, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 5 are re-alleged and by their reference fully incorporated herein for the purpose alleging forfeiture to the United States of America pursuant to the provisions of Title 8, United States Code, Section 1324(b), Title 18, United States Code, Section 982(a)(6), and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Counts 1 through 5, defendants DONALD WRAY BRADLEY, aka "The Magician," aka "Don Don," and MARIA GUADALUPE URIBE shall forfeit to the United States all of their rights, title and interest in the following: a) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which they are convicted; b) any property real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained

directly or indirectly from the commission of the offense of which defendants are convicted; and c) any property real or personal, that is used to facilitate, and is intended to be used to facilitate, the commission of the offenses of which the defendants are convicted.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), made applicable pursuant to Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

All pursuant to Title 8, United States Code, Section 1324(b), Title 18, United States Code, Sections 982(a)(6), and 982(b), and Title 28, United States Code, Section 2461(c).

DATED: September 22, 2020.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney