UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

THE HONORABLE DANA M. SABRAW

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>Maria Uribe,<br><br>               Defendant. | CASE NO.: 20CR2943-DMS<br><br>ORDER ON OPPOSED MOTION TO CONTINUE |

-------------------------------------------------------------------------------------------------------

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Maria Uribe's sentencing hearing is continued from May 28, 2021 to September 3, 2021. For the reasons stated in the motion, time is excluded from the filing of the motion until September 3, 2021.

DATED:  4/13/2021

_____
The Honorable Dana M. Sabraw
United States District Court Judge